

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2015

No. 04-15-00401-CR

Aaron Gerard **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6071
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant's brief was originally due October 12, 2015; however, the court granted appellant an extension of time to file the brief until November 12. Appellant has filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion and order appellant's brief due **December 14, 2015**. Appellant is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court